UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
MANUEL DEJESUS RODRIGUEZ, :
:
Plaintiff, :
: 22-CV-1924 (JMF)
-v- :
: ORDER
85 MCCLELLAN STREET OWNERS INC. et al., :
:
Defendants. :
:
-----------------------------------------------------------------X
:
85 MCCLELLAN STREET OWNERS INC. et al, :
:
Third-Party Plaintiffs, :
:
-v- :
:
85 MCCLELLAN LLC et al., :
:
Third-Party Defendants. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 27, 2022, Plaintiff filed a motion for leave to file an amended complaint to join three new defendants pursuant to Federal Rules of Civil Procedure 14(a)(3), 15(a)(2) and 20(a)(2).  ECF No. 24.  All parties, including those that Plaintiff proposes to join, consent.  *See* ECF No. 25, at 4.  For substantially the reasons stated in Plaintiff's memorandum of law, Plaintiff's motion is hereby GRANTED.  Plaintiff shall promptly file his First Amended Complaint, *see* ECF No. 26-2, on the docket.

      The Clerk of Court is directed to update the docket accordingly and to terminate ECF No. 24.

      SO ORDERED.

Dated: June 28, 2022
      New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge