UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
MANUEL DEJESUS RODRIGUEZ, :
:
Plaintiff, :
: 22-CV-1924 (JMF)
-v- :
: ORDER
85 MCCLELLAN STREET OWNERS INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X
:
85 MCCLELLAN STREET OWNERS INC. et al, :
:
Third-Party Plaintiffs, :
:
-v- :
:
85 MCCLELLAN LLC et al., :
:
Third-Party Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. *See* ECF No. 4. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone

2

conference. In either case, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

SO ORDERED.

Dated: August 22, 2022
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge