UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MANUEL DEJESUS RODRIGUEZ, :
:
Plaintiff, :
: 22-CV-1924 (JMF)
-v- :
: ORDER
85 MCCLELLAN STREET OWNERS INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------------X
:
85 MCCLELLAN STREET OWNERS INC. et al, :
:
Third-Party Plaintiffs, :
:
-v- :
:
85 MCCLELLAN LLC et al., :
:
Third-Party Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 3, 2022, Defendant/Third-Party Defendant BRX McClellan Apartments LLC filed a motion to dismiss the complaint and the third-party complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Given that the additional Defendants/Third-Party Defendants have until October 17, 2022, to file motions to dismiss, *see* ECF No. 35, it is hereby ORDERED that Plaintiff and Third-Party Plaintiffs shall file any amended complaint/third-party complaint by **October 31, 2022**. Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint/third-party complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff and Third-Party Plaintiffs will not be given any further opportunity to amend their complaints to address issues raised by any filed motions to dismiss.

      If Plaintiff and Third-Party Plaintiffs do amend, by three (3) weeks after the amended complaint and/or amended third-party complaint is filed, each Defendant and/or Third-Party Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or, if applicable, (3) file a letter on ECF stating that it relies on its previously filed motion to dismiss. If any Defendant and/or Third-Party Defendant files an answer or a new motion to dismiss, the Court will deny its

previously filed motion to dismiss as moot.  If any Defendant and/or Third-Party Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint and/or amended third-party complaint is filed, Plaintiff shall file a consolidated opposition to all motions to dismiss by **October 31, 2022**.  Third-Party Plaintiffs shall do the same.  Defendants' and/or Third-Party Defendants' replies, if any, shall be filed by **November 7, 2022**.

SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                        JESSE M. FURMAN
                                      United States District Judge